Unsealed on 4/29/10

~~SEALED~~

FILED
10 APR 28 AM 9:38
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. _____ |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct |
| Samir BEBAWY ) | |
| Defendant. ) | '10 MJ 1379 |

The undersigned Complainant, being duly sworn, states:

On or about November 19, 2009, within the Southern District of California, defendant Samir BEBAWY did knowingly possess one or more matters, that is, computer hard drive(s) and computer media containing digital and computer images which contained visual depictions, that had been mailed, shipped and transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Aida L. Vasquez
Special Agent, U.S. ICE

Sworn to me and subscribed in my presence this 27th day of April 2010.

_____
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

I am a Senior Special Agent ("SSA") with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and am currently assigned to the San Diego Office, Cybercrimes division, and have been in this position since April 2006. I have been employed as a federal agent for over 9 years. Prior to my current assignment, I was a Customs Inspector with the U.S. Customs Service from 1995-2000. This complaint is based on my own investigation as well as information received from fellow ICE Agents and other law enforcement officers.

Throughout the calendar year of 2008, representatives from the ICE Attaché Frankfurt office met with officials of the German Federal Police Child Pornography Unit. During these meetings the German Federal Police would provide information regarding the distribution of child pornography via the Internet. More specifically, the German Federal Police was investigating the distribution of child pornography through a file-sharing network called "eDonkey2000". The German Federal Police discovered a person with IP address 75.8.127.128 making child pornography images available for distribution using eDonkey2000. That IP address came back to Samir Bebawy.

Based upon the above information, on November 19, 2009, SAC San Diego Special Agents served a federal search warrant at 8633 La Mesa Blvd., Apt. 11, La Mesa, CA 91941, Defendant's address. A total of one (1) Dell computer, six (6) compact discs, two (2) VHS cassettes, one (1) micro-cassette recorder with two (2) micro-cassettes, fifteen (15) floppy disks and miscellaneous documents were seized during the search warrant. All of the seized items were forensically examined by CFA Scott Azzarello.

BEBAWY was present at his residence at the time of the search warrant and agreed to speak voluntarily with ICE agents. The interview was recorded with a digital voice recorder. Prior to starting the interview, BEBAWY was advised he was not under arrest and was free to leave.

In substance, BEBAWY denied looking at child pornography, searching for child pornography or purchasing access to child pornography websites via the Internet and stated that he

2

does not seek out children for sexual pleasure. He further stated that he has never downloaded child pornography or adult pornography and does not view any kind of pornography at all. He told agents that he spends his days (approximately 18 hours per day) in his apartment on his computer writing about theology and politics and spends a lot of that time discussing and arguing these topics with other people via Yahoo! chat rooms. BEBAWY stated the chat rooms are for adults only and he does not speak to underage people via the Internet.

BEBAWY did admit to looking at websites containing pictures of young girls wearing bikinis and naked adults in nudist colonies, etc. He also stated his friend told him about a Russian website that contains Japanese girls on webcam. BEBAWY said the girls appeared to be very young and sometimes adult males would be doing sexual things to them "softly though, not hard." He further stated he sometimes clicks on links that appear to have normal content, only to get pornography instead. BEBAWY stated he understood child pornography to be very bad for kids, child molesting, etc. When BEBAWY was confronted with several CDs found in his living room containing child pornography, BEBAWY said they belonged to an old roommate and that he was holding them for him. BEBAWY would not provide the name of the roommate and continued to deny any knowledge of child pornography on his computer, therefore the interview was terminated.

CFA Azzarello forensically examined the computer and loose digital media seized from BEBAWY and provided the case agent with two compact discs containing child pornography images and child pornography videos. The compact discs from CFA Azzarello have been copied and are available for the court's review.

The following descriptions are a sample of child pornography images and videos recovered from BEBAWY:

1) Program Files\eMule\Incoming\Rape Fantasy-MYLOLAdrunk-Young girl being molested while sleeping -Hussyfan pthc r@ygold babyshivid.anny01.mpg. The file was created on 11/15/09 at 11:55:16PM and was last accessed on 11/19/09 on 04:40:44AM;Hash: 3ad5fb4a16f2ed2b68868e0e6bc7244b. This video is approximately 1 minute and 29 seconds in length and depicts a young female approximately 12 or 13 years old lying on her stomach on a bed. She is wearing a white bra and white panties with a flower print. The words,

"Rape Fantasy-MYLOLA drunk-Young girl being molested while sleeping-Hussyfan pthc r@goldbabyshividanny01.mpg" appear at the bottom of the screen. An adult male wearing a checkered blue shirt and what appears to be a wedding band is sitting next to the bed and is rubbing the young girl's buttocks and genitals over her panties with his left hand. Approximately 17 seconds into the video, the adult male moves the female's panties to one side exposing her genitals. The young female adjusts her position bending her left leg and further exposing her genitals. The adult male rubs her legs, thighs, buttocks, vagina and anus with his right hand. His left hand is resting on her right leg. At approximately 1 minute and 29 seconds into the video, the adult male pours a clear liquid onto the female's genitals and continues rubbing her with his right hand until the video ends.

2) Program Files\eMule\Incoming\[Haduri]\BABYJ-Sleeping.mpg. This file was created on 10/26/09 at 05:24:21PM and was last accessed on 11/16/09 at 11:19:10PM;Hash:a1b89e48058972e159c702ec7d4b7d14. This video is approximately five minutes in length and depicts a nude minor female approximately five or six years old lying on a bed. Her legs are spread apart and her head is tilted to the right; she appears to be sleeping. The focus of the video is on the child's vagina. Approximately 36 seconds into the video an adult male's penis and right hand appear between the child's legs. The adult male is masturbating and rubbing his penis against the female child's vagina. Approximately two minutes into the video, the man rubs the head of his penis and begins to rub the child's vagina with his middle finger. Approximately two minutes and eleven seconds into the video, the adult male begins to rub his penis against the child's vagina again to the point of ejaculation. The semen is dripping off the child's vagina onto the floor.

3) PARTITION 1\Unallocated Clusters; Hash: 50E3B5B88BDC745FB0D8D6A009777A2. This image depicts a young nude female approximately 10 or 11 years old face down on a bed exposing her buttocks and upper thighs. A white rope is tied around her thighs and arms. The rope is secured with a purple metal clamp. An adult male is inserting his left hand index

finger into her anus.

4) CD04\(1)030614_0454\My Documents\My Music\vicky.mpg: Hash: c20e50847dcc0ae2809b5ccc1822c160. This file was created on 05/31/03 at 10:14:14PM and was last accessed on 05/31/03 at 10:14:14PM. This video is approximately 27 seconds in length and depicts a young pre-pubescent female bending over at her waist exposing her genitals. An adult male with an erect penis is standing to the left of her. His left hand is resting on the young female's lower back and he is sticking his right hand middle finger into her anus. Approximately 15 seconds into the video, the young female sticks her right hand between her legs and begins playing with her genitals. The adult male adjusted his right hand but he still has his middle finger inserted into her anus. Approximately 22 seconds into the video, the camera zooms to her vagina until the video ends.

**Request for Sealing**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

Aida L. Vasquez
Special Agent, U.S. ICE